# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISON

| | |
|---|---|
| **Faith Simmons, individually and on behalf of other similarly situated individuals,**  )<br><br>       **Plaintiff,**  )<br><br>**v.**  )<br><br>**Brock & Scott, PLLC**  )<br><br>       **Defendants.**  ) | **CASE NO. 1:17-cv-00036-TWT-AJB** |

## AFFIDAVIT OF SERVICE (FILED WITH THE COURT PURSUANT TO LOCAL RULE 5.4)

Shimshon Wexler declares that on March 1, 2017, I served via email and regular mail:

1. Plaintiff First Requests for Admission;

2. Plaintiff's First Requests for Production of Documents;

3. Plaintiff's First Set of Interrogatories; and

4. Plaintiff's Initial Disclosures

Dated: March 1, 2017

/s/ Shimshon Wexler, Esq. Bar No. 436163
315 W Ponce de Leon Ave Suite 250
Decatur, GA 30030
Tel 212-760-2400/ Fax 917-512-6132
swexleresq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, I filed the foregoing with the CM/ECF system in this Court.

                                       s/ Shimshon Wexler

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using 14 Times New Roman point font.

By: /s *Shimshon Wexler*