IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FAITH C. SIMMONS,** : | |
| *individually and on behalf of a class* : | |
| *of similarly situated individuals*, : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION FILE NO.** |
| : | **1:17-cv-00036-TWT-AJB** |
| **v.** : | |
| : | |
| **BROCK & SCOTT, PLLC,** : | |
| : | |
| **Defendant.** : | |

# O R D E R

This matter is before the Court on Defendant's motion to stay proceedings pending a ruling on its motion for judgment on the pleadings. [Doc. 12]. Defendant does not state whether Plaintiff opposes the motion.

The scheduling order in this matter directs the parties to follow certain procedures with regard to non-dispositive motions:

> Prior to filing any non-dispositive motion, a party must contact the non-moving party (or parties) to determine whether the non-moving party opposes the motion. The moving party must then report in the motion whether the non-moving party (or parties) opposes the motion and, if so, the grounds the non-moving party states for the opposition. No motion will be granted that does not include such a statement of the non-moving party's position or a statement that the moving party has attempted in good faith to obtain the non-moving party's position but has been unable to do so.

[Doc. 10 at 3-4].   Because Defendant's motion does not contain the required information, the motion is hereby **DENIED WITHOUT PREJUDICE**.  [Doc. 12].

**IT IS SO ORDERED**, this the 10th of March, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)